UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 22-01699-CBM (AS) | Date | July 22, 2022 |
|---|---|---|---|
| Title | *Roderick Washington v. Jackie Lacey, et. al.,* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | Not reported |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**  **SECOND ORDER TO SHOW CAUSE RE DISMISSAL PURSUANT TO 28 U.S.C. § 1915(g)**

On June 2, 2022, the Court issued an Order to Show Cause ("OSC") why this action should not be dismissed pursuant to 28 U.S.C. § 1915(g), based on prior civil actions filed by Plaintiff (while he was a prisoner) in the United States District Courts of California that qualify as "strikes" for the purposes of § 1915(g). (Dkt. No. 9). Plaintiff was directed to – on or before July 8, 2022 - either "pay the full filing fees in this action" or "show cause in writing . . . why leave to proceed IFP should not be revoked and the action dismissed on the ground that he had suffered three or more 'strikes' within the meaning of 28 U.S.C. § 1915(g)." Id., at 9. Plaintiff was also warned that "failure to comply with this Order will be deemed by the Court as plaintiff's consent to the dismissal of this action without prejudice pursuant to 28 U.S.C. § 1915(g). Id.

To date, Plaintiff has failed to respond to the Court's Order, seek an extension of time to do so, or otherwise communicate with the Court.

The Court will provide Plaintiff a **final opportunity** to respond to the OSC issued on June 2, 2022. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE, in writing, no later than August 5, 2022**, why this action should not be dismissed pursuant to 28 U.S.C. § 1915(g).

If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A notice of dismissal form is attached for Plaintiff's convenience. <u>Plaintiff is again warned that a failure to timely respond to this Order will result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders.</u>

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | CV 22-01699-CBM (AS) | Date | July 22, 2022 |
|---|---|---|---|
| Title | *Roderick Washington v. Jackie Lacey, et. al.,* | | |

**IT IS SO ORDERED.**

cc:   George Wu, United States District Judge

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | AF | |