**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RODERICK WASHINGTON,<br><br>                    Plaintiffs,<br><br>        v.<br><br>JACKIE LACEY, et.al.,<br><br>                    Defendants. | Case No. CV 22-1699-CBM (AS)<br><br>    **JUDGMENT   [JS-6]** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the above-captioned case is dismissed with prejudice.

DATED: SEPTEMBER 22, 2022

_____
          CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE